IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

R. C., as Parent and Legal Guardian of
N.C., a minor child,

            Plaintiff,

v.                                        CIVIL ACTION NO. 3:24-0695

MARIANA LANATA PIAZZON, M.D. and
MARSHALL UNIVERSITY BOARD OF GOVERNORS,

            Defendants.

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is Defendants' Motion for Dismissal of Plaintiffs' Claims for Punitive Damages. ECF No. 18.[1] The Court **GRANTS in part** and **DENIES in part** this motion.

Plaintiffs bring a complaint for medical negligence against Defendants Marshall University Board of Governors and Mariana Lanata Piazzon, M.D. *Compl*, ECF No. 1. As part of the complaint, Plaintiffs seek punitive damages against Defendants. Defendants motioned this Court to dismiss this portion of Plaintiffs' claims. To survive such a motion, Plaintiffs' complaint must state a plausible claim. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 546 (2007).

West Virginia Code § 55-17-4(3) states that "[n]o government agency may be ordered to pay punitive damages in any action." Defendants argue that Defendant Marshall University Board of Governors is a government agency and, therefore, immune under this statute. *Defs.' Mot.* at 3,

---

[1] Counsel filed Defendants' motion and memorandum as a single document. The Court instructs counsel that, in the future, those documents must be filed as separate documents. See L.R. Civ. P. 7.1(a)(1) (providing that supporting memorandum shall not be attached to the motion).

ECF No. 18. Plaintiffs do not oppose the motion to dismiss insofar as the motion applies to Defendant Marshall University Board of Governors. *Pls.' Resp.* at 2, ECF No. 23. Accordingly, the Court **GRANTS in part** the motion and **DISMISSES** the claim for punitive damages against Defendant Marshall University Board of Governors.

Defendants also argue that the claim for punitive damages against Defendant Mariana Lanata Piazzon, M.D., should be dismissed for similar reasons, arguing she is an employee of Defendant Marshall University Board of Governors. However, Defendants fail to cite any case or provide any rationale to explain how being an employee of a government agency makes one a government agency for purposes of the statute.[2] Accordingly, the Court **DENIES in part** the motion insofar as it seeks to dismiss the claim for punitive damages against Defendant Mariana Lanata Piazzon, M.D.

The Court **DIRECTS** the Clerk to send a copy of this Order and Notice to counsel of record and any unrepresented parties.

ENTER:    July 31, 2025

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

---

[2] Defendants cite to West Virginia Code § 55-17-2, which defines "government agency" but fail to explain how an employee of a government agency could fit that definition.